IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Young, Jim | Case Number: 05 B 03736 |
|---|---|---|
| | Young, Joyce | Judge: Wedoff, Eugene R |
| | Printed: 1/15/08 | Filed: 2/4/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 28, 2007
Confirmed: April 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 30,479.02 | |
| Secured: | | 1,811.39 |
| Unsecured: | | 24,495.52 |
| Priority: | | 0.00 |
| Administrative: | | 2,594.00 |
| Trustee Fee: | | 1,578.08 |
| Other Funds: | | 0.03 |
| Totals: | 30,479.02 | 30,479.02 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,594.00 | 2,594.00 |
| 2. | SN Servicing Corporation | Secured | 0.00 | 0.00 |
| 3. | SN Servicing Corporation | Secured | 0.00 | 0.00 |
| 4. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 4,066.72 | 1,811.39 |
| 6. | Monogram Credit Card Bk Aka GE Money Bk | Unsecured | 688.04 | 688.04 |
| 7. | Nicor Gas | Unsecured | 472.17 | 472.17 |
| 8. | Max Recovery Inc | Unsecured | 488.76 | 488.76 |
| 9. | SBC | Unsecured | 270.89 | 270.89 |
| 10. | ECast Settlement Corp | Unsecured | 297.20 | 297.20 |
| 11. | United States Dept Of Education | Unsecured | 7,642.67 | 7,642.67 |
| 12. | Ford Motor Credit Corporation | Unsecured | 3,484.57 | 3,484.57 |
| 13. | Palisades Acquisition LLC | Unsecured | 299.89 | 299.89 |
| 14. | ACC International | Unsecured | 1,269.12 | 1,269.12 |
| 15. | RoundUp Funding LLC | Unsecured | 447.42 | 447.42 |
| 16. | Empress Riverboat Casino | Unsecured | 1,000.56 | 1,000.56 |
| 17. | ECast Settlement Corp | Unsecured | 654.18 | 654.18 |
| 18. | Cavalry Portfolio Services | Unsecured | 7,480.05 | 7,480.05 |
| 19. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 21. | Jewel Box | Unsecured | | No Claim Filed |
| 22. | Medical Collectors | Unsecured | | No Claim Filed |
| 23. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 24. | Popeil Inventions | Unsecured | | No Claim Filed |
| 25. | Telecheck | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Young, Jim | Case Number: 05 B 03736 |
|---|---|---|
| | Young, Joyce | Judge: Wedoff, Eugene R |
| | Printed: 1/15/08 | Filed: 2/4/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 27. | Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| 28. | Illinois Collection Service | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 31,156.24 | $ 28,900.91 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 92.80 |
| 3% | 33.30 |
| 5.5% | 140.41 |
| 5% | 52.75 |
| 4.8% | 55.61 |
| 5.4% | 1,203.21 |
| | _____ |
| | $ 1,578.08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

